DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JANINE HARRIS,** a/k/a **JANINE BOND,**
Appellant,

v.

**LAWRENCE HARRIS,**
Appellee.

No. 4D2023-0226

[April 11, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael C. Heisey, Judge; L.T. Case No. 2018DR002169.

Lynn W. Martin of Law Offices of Lynn W. Martin, P.A., Ponte Vedra Beach, for appellant.

Katlin M. Sanders of KMS Legal, Fort Pierce, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CIKLIN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***